BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00284-OWW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| FEDERICO SOSA HERNANDEZ, ) | AND EXCLUDE TIME |
| Defendant. ) | |

The parties request that the status conference in this case be continued from November 8, 2010 to November 15, 2010, at 9:00 a.m. They stipulate that the time between November 8, 2010 and November 15, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense is reviewing the discovery in this matter, and the parties are engaging in further plea negotiations. The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: October 28, 2010        By:    /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

DATE: October 28, 2010                 /s/ Melody M. Walcott
                                            MELODY M. WALCOTT
                                            Attorney for Defendant

                                            IT IS SO ORDERED.

**Dated:   October 28, 2010**           **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE